**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| DEBRA PERFILI, | Case No.09-14437 |
| Plaintiff, | Hon. Patrick J. Duggan |
| | Magistrate Judge Mark Randon |
| v. | |
| SUNTRUST MORTGAGE, INC., WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A. | |
| Defendants. | |
| SUNTRUST MORTGAGE, INC., WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A., | |
| Counter-Plaintiffs, | |
| v. | |
| DEBRA PERFILI, | |
| Counter-Defendant. | |

## CONSENT ORDER OF DISMISSAL

This matter having come before this Court upon the agreement of Plaintiff/Counter-Defendant Debra Perfili ("Plaintiff") and Defendants/Counter-Plaintiffs SunTrust Mortgage, Inc., Wells Fargo Home Mortgage, Inc., and Wells Fargo Bank, N.A. (collectively the "Defendants"); and

The Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. That all claims in this matter between Plaintiff and Defendants are dismissed with prejudice and without costs subject to the terms and conditions of the Settlement Agreement and Release dated December 1, 2010.

2. This Order involves the property commonly known as 38418 Huron Pointe,

Harrison Township, Macomb County, Michigan (the "Property") and is more particularly described as :

> Lot 615, St. Clair Haven Subdivision, According to the Plat thereof as Recorded in Liber 12, Pages 17-19 of Plats Macomb County Records.
>
> Parcel ID No.: 12-22-327-004

3. Defendant SunTrust Mortgage, Inc. is the owner of the Property.

4. Plaintiff has no right, title or interest in the Property.

5. Plaintiff has until December 8, 2010 to remove all of her personal belongings and vacate the Property.

6. A copy of this Order may be recorded with the Macomb County Register of Deeds to evidence the interests of the parties.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: December 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2010, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

| */s/ Jerome D. Goldberg* | */s/ Amy Sabbota Gottlieb* |
|---|---|
| Jerome D. Goldberg, PLLC | Hertz Schram PC |
| Attorney for Plaintiff | Attorneys for Defendants |
| 2910 East Jefferson, Suite 101 | 1760 S. Telegraph Rd., Ste.300 |
| Detroit, MI 48207 | Bloomfield Hills, MI 48302 |
| (313) 393-6001 | (248)355-5000 |
| apclawyer@sbcglobal.net | agottlieb@hertzschram.com |
| | P61678 |

LAW OFFICES HERTZ SCHRAM PC